

# NUMBER 13-26-00393-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE INTEREST OF V.H.G.D. AND A.G.D., CHILDREN

---

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 1
## OF SAN PATRICIO COUNTY, TEXAS

---

## MEMORANDUM OPINION

### Before Justices Peña, West, and Fonseca
### Memorandum Opinion by Justice Peña

The cause is before the Court on its own motion. On May 15, 2026, appellant filed a notice of appeal seeking to appeal a judgment or order entered in trial court cause number 23-FL-50005-A. On May 19, 2026, the Clerk of the Court instructed the appellant to remit the $205.00 filing fee within ten days from the date of the notice. The Clerk of the Court also notified appellant that it appears she is attempting to appeal an order which is unappealable. Appellant was further notified that if the defects were not cured within ten days, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(b), (c).

On June 9, 2026, the Clerk of this Court notified appellant again that she was delinquent in remitting the $205.00 filing fee and that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of the letter. *See id.*

Appellant failed to cure the defective notice of appeal, failed to pay the filing fee, and has otherwise not responded to the notices from the Clerk of the Court requiring a response or other action within the time specified. Accordingly, the appeal is dismissed for want of prosecution. *See id.*

L. ARON PEÑA JR.<br>
Justice

Delivered and filed on the
9th day of July, 2026.